# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 14-00117-01-CR-W-DW |
| ) | |
| JAMES T. SMITH, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the Report and Recommendation (Doc. 48) submitted by Magistrate Judge Sarah W. Hays regarding the following documents filed by Defendant:

1. Motion to Quash Indictment (Doc. 29); and

2. Letter Rogatory for Relief under The Hague Convention Title 28 USC § 1781 (Doc. 37).

To date, no objections to the proposed findings and recommendations have been filed. After an independent review of the record and the applicable law, the Court accepts the recommendation and adopts the Magistrate's findings of fact and conclusions of law. Accordingly, IT IS ORDERED that:

1. The Report and Recommendation (Doc. 48) be attached to and made a part of this Order;

2. The Motion to Quash Indictment (Doc. 29) is DENIED; and

3. All of the relief requested in the document titled Letter Rogatory for Relief under The Hague Convention Title 28 USC § 1781 (Doc. 37) is DENIED.

SO ORDERED.


Date: September 9, 2014 _____/s/ Dean Whipple_____
Dean Whipple
United States District Judge